UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN SPARKS<br><br>                    Plaintiff,<br><br>v.<br><br>GURNEY'S INN RESORT & SPA, LTD. and 290 OLD MONTAUK ASSOCIATES, LLC,<br><br>                    Defendants. | Civil Action No.: 2:18-cv-01856-JMA-ART |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby notifies this Court and the parties that he voluntarily dismisses all claims he asserted in this action against all Defendants without prejudice. No responsive pleading has been filed by or on behalf of any Defendant.

Dated: June 26, 2018

SQUITIERI & FEARON, LLP

By: /s/ Lee Squitieri
Lee Squitieri
32 East 57th Street
12th Floor
New York, New York 10022
Tel: (212) 421-6492
Fax: (212) 421-6553

Case closed.
SO ORDERED.
/s/ JMA, USDJ    6/26/2018